THE TORREY FIRM PC
REBECCA L. TORREY, State Bar No. 153866
  rebecca@torreyfirm.com
1626 Montana Avenue, Suite 647
Santa Monica, California 90403
Telephone: (310) 310-2992
Facsimile: (424) 414-1712

Attorneys for Defendant
FIELDWORKS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS SWANS, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIELDWORKS, LLC, a District of Columbia limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-7250<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)**<br><br>Action Filed:   August 30, 2022 |

NOTICE OF REMOVAL

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that defendant FIELDWORKS, LLC ("Defendant"), hereby removes this action from the Superior Court of the State of California, County of Los Angeles, to the United States District Court for the Central District of California and sets forth in support of its Notice of Removal of Action the following:

1. On August 30, 2022, an action was commenced in the Superior Court of the State of California, County of Los Angeles, entitled *Travis Swans v. Fieldworks, LLC, et al.*, as Case Number 22STCV28182. True and correct copies of the complaint (the "Complaint") and summons in that action are attached hereto as Exhibits A and B, respectively.

2. On September 29, 2022, Plaintiff Travis Swans ("Plaintiff") filed a proof of service as to Defendant. True and correct copies of those proofs of service are attached hereto as Exhibit C.

3. According to the proof of service, Plaintiff served Defendant by means of personal delivery to Defendant's registered agent, Incorp Services Inc. in Westlake Village, California, on the afternoon of September 6, 2022.

**I.   The Amount in Controversy Requirement is Satisfied.**

4. The Complaint includes nine separate causes of action alleging a wide range of wage and hour violations under the Labor Code, including claims of unpaid wages, unpaid overtime, statutory penalties, liquidated damages and statutory attorney's fees and costs pursuant Labor Code sections 200 *et seq.*, 203, 218.6, 226(c), 226(d), 226(h), 500 *et seq.,* 1194 *et seq.,* 1197, 2800, 2802, among others, violations of applicable Wage Orders, in addition to damages pursuant of Civil Code sections 3287, Code of Civil Procedure 1021.5 and Business & Professions Code

sections 17200 *et seq*. Plaintiff also seeks restitution and injunctive relief against Defendant in connection with his myriad of claims. Assuming the validity of the allegations made by Plaintiff, as is required, and the allegation that his experience was typical of the putative class of workers, the total amount in controversy is estimated to exceed the statutory minimum of $75,000, calculated minimally as follows:

    Plaintiff's alleged unpaid meal periods: 2 x 1 hr. x $24/hr x 30 days = $1,440

    Plaintiff's alleged unpaid rest periods: 1 x 1 hr. x $24/hr x 30 days = $720

    Plaintiff's alleged daily overtime: 3 hours x $24/hr x 1.5 times the hourly rate x 30 days = $3,240

    Plaintiff's alleged weekly overtime: 15 hours x $24/hr x 1.5 times the hourly rate x 6 weeks = $3,240

    Plaintiff's alleged waiting time penalties: 30 days x $24/hr x 8 hours = $5,760

    Plaintiff's alleged liquidated damages: 30 days x 3 hrs/day x $24/hour = $2,160

    Plaintiff's alleged wage statement penalties: $4000 (capped by law)

Estimated attorney's fees sought by Plaintiff's counsel: minimum 100 hours x $600/hr. = $60,000

TOTAL AMOUNT IN CONTROVERSY FOR INDIVIDUAL PLAINTIFF BASED ON ALLEGATIONS IN THE COMPLAINT:  in excess of $80,560

## II. Complete Diversity Exists

5. Plaintiff's Complaint alleges that he was a resident of California, working as a non-exempt hourly employee for Defendant. His sworn personnel paperwork submitted to Defendant indicates he resides at 1410 E. 3rd Street, Long Beach, California 90802 (attached hereto as Exhibit D).

6. Defendant is, and at all relevant times was, a limited liability company duly organized and existing under the laws of the State of District of Columbia, with its principal place of business in Washington, D.C. Its two members are residents of the state of Oregon and the state of Maryland.

7. The Complaint also names Defendants Does 1-100. Pursuant to 28 U.S.C. §1441(a), the citizenship of these defendants is disregarded.

8. This is a civil action over which the Court has original jurisdiction under the provisions of 28 U.S.C. §1332 and may be removed to this Court by the Defendants pursuant to the provisions of 28 U.S.C. §1441(a) because it is a civil action between citizens of different states and the matter in controversy herein exceeds the sum or value of $75,000, exclusive of interest and costs.

## III. The Other Requirements for Removal Are Met

9. This Notice of Removal is being filed within thirty (30) days of service on the first-served defendant. Thus, this Notice of Removal is timely filed under 28 U.S.C. §1446(b).

10. Removal to this Court is proper as the Superior Court of the State of California, County of Los Angeles, where this action was originally filed, is located within this district.

11. Counsel for Defendant certifies that it will file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of California, County of Los Angeles, and give notice of same to counsel for Plaintiff.

## IV. RESERVATION OF RIGHTS

12. Defendant denies the allegations of the Complaint and files this Notice of Removal without waiving any defenses, objections, or other rights that may exist in its favor in either state or federal court. Defendant does not concede in any way that the allegations of the Complaint are accurate, that Plaintiff has asserted claims upon which relief can be granted, or that recovery of any of the amount sought is authorized or appropriate.

13. Defendant also reserves the right to amend or supplement this Notice of Removal. If any issues arise with respect to the propriety of the removal of the Action, Defendant expressly requests the opportunity to present such further evidence as necessary to support its position that the Action is removable.

///
///
///
///
///
///
///
///

## V. CONCLUSION

10. For the foregoing reasons, Defendant removes the Action to this Court and respectfully requests that this Court assume jurisdiction over this matter and grant Defendant such other and further relief as it may deem proper.

DATED: October 5, 2022        THE TORREY FIRM PC

By:   /s/ Rebecca L. Torrey
REBECCA L. TORREY (SBN 153866)
Attorneys for Defendant
FIELDWORKS, LLC

# **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

Dated: October 5, 2022         /s/ Rebecca L. Torrey
                               Rebecca L. Torrey