THE TORREY FIRM PC
REBECCA L. TORREY, State Bar No. 153866
  *rebecca@torreyfirm.com*
1626 Montana Avenue, Suite 647
Santa Monica, California 90403
Telephone: (310) 310-2992
Facsimile: (424) 414-1712

Attorneys for Defendant
FIELDWORKS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS SWANS, an individual, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FIELDWORKS, LLC, a District of Columbia limited liability company; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. 2:22−cv−07250 SPG (MRWx)<br><br>Assigned to the Hon. Sherilyn Peace Garnett and Magistrate Judge Michael R. Wilner<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR ORDER REMANDING CASE TO STATE COURT**<br><br>Date: January 17, 2023<br>Time: 10:00 a.m.<br>Courtroom: 5C<br><br>Action Filed:　　August 30, 2022<br>Notice of Removal: October 5, 2022 |

Pursuant to Federal Rule of Evidence 201, Defendant Fieldworks, LLC ("Defendant") respectfully requests that this Court, in its consideration of Defendant's opposition to Plaintiff's motion for an order remanding case to state court, take judicial notice of the information contained in the exhibits attached hereto. These documents are attached as Exhibits C – G to the Declaration of Rebecca L. Torrey in Support of Defendant's opposition.

1. Exhibit 1 is a true and correct copy of the published decision from the California Court of Appeals, *Betancourt v. OS Restaurant Services, LLC*, Case No. B293625, 2d Dist., Div. 8 (Aug. 25, 2022).

2. Exhibit 2 is a true and correct copy of the Declaration of Bruce Kokozian in Support of Motion for Preliminary Approval of Class Action Settlement in the matter of *Syed Ahmed Kabir v. Chevron Stations, Inc., et al.*, Case No. 20STCV05468, in the Los Angeles Superior Court.

3. Exhibit 3 is a true and correct copy of the Final Order and Judgment Following Granting of Plaintiff's Motion for Final Approval of Class Action Settlement in the matter of *Glorianne Mendoza v. Aldi Inc., et al.*, Case No. 19STCV21190, in the Los Angeles Superior Court.

4. Exhibit 4 is a true and correct copy of a screenshot of the recent search results from Westlaw regarding Plaintiff's counsel's hourly rate, including 2007 caselaw in which Plaintiff's counsel charged $425 per hour.

5. Exhibit 5 is a true and correct copy of a screenshot of an inflation computation my firm recently performed online for the hourly rates set by Plaintiff's counsel due to his own professional experience and successes.

/ / /

/ / /

For the foregoing reasons, Defendant respectfully requests that the court take judicial notice of Exhibits 1 through 5 accompanying this Request for Judicial Notice.

DATED: December 27, 2022     THE TORREY FIRM PC

By: /s/ Rebecca L. Torrey
REBECCA L. TORREY
Attorneys for Defendant
FIELDWORKS, LLC

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

Dated: December 27, 2022    /s/ Rebecca L. Torrey
                                                   Rebecca L. Torrey